# CRIMINAL DOCKET

Southern District of Texas

CRIMINAL No. 4:23-cr-00607

Transfer of Jurisdiction of Supervised Release or Probation.
Transferring Court  Northern District of Texas

Date Filed  12/12/2023                      Judge  Lake, Sim

UNITED STATES OF AMERICA
v.

Larry Solomon

Charge: (1) conspiracy to interfere with commerce by robbery
(2) using, carrying, and brandishing a firearm during and in relation to and possessing and brandishing a firearm in furtherance of a crime of violence

Penalty: forty-six months' imprisonment on Count One and eighty-four months' imprisonment on Count Two, with the two terms to run consecutively and with credit for time served back to March 30, 2016.